

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00328-CV

| | | |
|---|---|---|
| W.D., Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (16-05722-431) |
| V. | | |
| | § | June 27, 2019 |
| R.D., Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's final decree of divorce. It is ordered that the final decree of divorce of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel